IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
|    Michael J. Ross, | ) | Case No.10-45280 |
| | ) | Honorable Donald R. Cassling |
| | ) | (Geneva) |
|    Debtor. | ) | |
| | ) | |

**Certificate of Service**

    I, Elizabeth C. Berg, hereby certify that I caused a true and correct copy of the foregoing **Notice of Hearing on First and Final Application of Alan D. Lasko & Associates, P.C. For Allowance of Compensation and Expenses** to be served on the persons on the attached service via first class mail, postage prepaid, on July 7, 2014.

                                                    /s/
                                        Elizabeth C. Berg

Elizabeth C. Berg
Julia D. Loper
Baldi Berg, Ltd.
20 N. Clark St., Suite 200
Chicago, IL  60602
(312) 726-8150

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| Michael J. Ross, | ) | Case No.10-45280 |
| | ) | Honorable Donald R. Cassling |
| | ) | (Geneva) |
| Debtor. | ) | Hearing Date: July 25, 2014 |
| | ) | Time:  10:30 a.m. |

**Notice of Hearing on First and Final Application of Alan D. Lasko & Associates, P.C.**
**For Allowance of Compensation and Expenses**

To:   *Debtor, All Creditors and Other Parties in Interest*

PLEASE TAKE NOTICE that on July 7, 2014, Elizabeth C. Berg, Successor Trustee ("Trustee") of the Estate of Michael J. Ross ("Debtor") filed the First and Final Application of Alan D. Lasko & Associates, P.C. ("Lasko") for Allowance of Compensation and Expenses ("Application") in the above-referenced matter.  A copy of the Application is available for inspection and copying at the offices of the Clerk of the United States Bankruptcy Court, 219 South Dearborn Street, Chicago, Illinois  60604, or by requesting a copy from the Trustee at the office address indicated below on this notice.

The Application seeks authority for the Trustee to pay final compensation to Lasko in the amount of $739.00 for 4.10 hours of actual and necessary professional services rendered to the Trustee in this case from March 31, 2014 through April 8, 2014.

Objections, if any, to the allowance and/or payment of the compensation requested should be filed with the Clerk of the United States Bankruptcy Court, 219 South Dearborn Street, Chicago, Illinois 60604 and served upon Trustee at the address indicated on this notice no later than **July 23, 2014.**

A hearing will be held to consider the Application and objections thereto, if any, on **July 25, 2014 at 10:30 a.m. before the Honorable Donald R. Cassling, United States Bankruptcy Judge in Courtroom 240 of the Kane County Courthouse, 100 South 3rd Street, Geneva, Illinois**, at which time you may, but need not appear.  If no objections are filed or if no party requests a hearing thereon, the Court may enter its order allowing the compensation requested and authorizing the Trustee to pay such allowance without further hearing.

Dated:  July 7, 2014                                  Elizabeth C. Berg, as successor trustee of the estate of
                                                                        Michael J. Ross, debtor


                                                                        By:____/s/_____
                                                                        Elizabeth C. Berg, Trustee

Elizabeth C. Berg
Baldi Berg, Ltd.
20 N. Clark St., Suite 200
Chicago, IL  60602
312.726.8150

| | | |
|---|---|---|
| Ally<br>Pob 380901<br>Bloomington MN 55438-0901 | CitiMortgage, Inc.<br>PO Box 6030<br>Sioux Falls, SD 57117-6030 | Citibank<br>P.O. Box 688923<br>Des Moines, IA 50368-8923 |
| (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 | Citimortgage<br>P.O. Box 183040<br>Columbus, OH 43218-3040 | Comdisco Liquidation Trust<br>John W. Costello, Wildman Harrold<br>225 W. Wacker, Suite 3000<br>Chicago, IL 60606-3007 |
| Diners Club<br>P.O. Box 6003<br>The Lakes, NV 88901-6003 | Home Depot Mastercard<br>P.O. Box 6926<br>The Lakes, NV 88901-6926 | Hyundai Motors<br>P.O. Box 9001102<br>Louisville, KY 40290-1102 |
| John Costello<br>c/o Wildman, Harrold, Allen & Dixon LLP<br>225 West Wacker Drive, Suite 3000<br>Chicago, IL 60606-3007 | John W. Costello, as Litigation Trustee<br>c/o Jonathan W Young & Yeny C Estrada<br>225 W Wacker Drive Ste 3000<br>Chicago IL 60606-3007 | Susan J Ross<br>452 Arlington Avenue<br>Elmhurst IL 60126-3917 |
| Charles S. Stahl, Jr.<br>Swanson, Martin & Bell, LLP<br>2525 Cabot Drive<br>Suite 204<br>Lisle, IL 60532-3628 | Elizabeth C Berg<br>Baldi Berg & Wallace<br>20 N. Clark Street<br>Suite 200<br>Chicago, IL 60602-4120 | John Costello<br>Wildman, Harrold, Allen & Dixon<br>225 West Wacker Drive<br>Chicago, IL 60606-1349 |
| Michael J. Ross<br>452 South Arlington Avenue<br>Elmhurst, IL 60126-3917 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Innovelaw<br>1900 Ravinia Place<br>Orland Park, IL 60462-3760 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Citibank Mastercard
P.O. Box 183037
Columbus, OH 43218-3037