UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

In Re:  )   BK No.: 10-45280
Michael J. Ross )
  )
  )   Chapter: 7
  )
  )   Honorable Donald R. Cassling
  )
  )   Kane
  Debtor(s) )

**Order Awarding Final Compensation and Expense Reimbursement
to Alan D. Lasko & Associates, P.C.**

This matter coming to be heard on the First and Final Application of Alan D. Lasko & Associates, P.C. for Allowance of Compensation and Expense Reimbursement; due and proper notice having been given; and the Court being fully advised in these premises:

IT IS HEREBY ORDERED that Alan D. Lasko & Associates, P.C. is awarded final compensation in the amount of $739.00 as accountants to David E. Grochocinski, former trustee; and

IT IS FURTHER ORDERED that Elizabeth C. Berg, successor trustee of the above referenced bankruptcy estate is authorized to pay the amount awarded from the funds on hand in the estate.

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: July 25, 2014

**Prepared by:**

Elizabeth C. Berg
Julia D. Loper
Baldi Berg, Ltd.
20 N. Clark St., Suite 200
Chicago, IL  60602
(312) 726-8150