# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re: §
§
ROSS, MICHAEL § Case No. 10-45280
§
Debtor(s) §

## Uxeeguuqt" TRUSTEE'S FINAL REPORT (TFR)

The undersigned uxeeguuqt" trustee hereby makes this Final Report and states as follows:

1. A petition under chapter ___ of the United States Bankruptcy Code was filed on ___. The undersigned trustee was appointed on ___.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]            $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/Elizabeth C. Berg, Successor Trustee_____
                                                Successor Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| Case No: | 10-45280 | DRC | Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C. Berg, Succ. Trustee |
| --- | --- | --- | --- | --- | --- |
| Case Name: | ROSS, MICHAEL | | | Date Filed (f) or Converted (c): | 10/08/10 (f) |
| | | | | 341(a) Meeting Date: | 11/23/10 |
| For Period Ending: | 12/29/14 | | | Claims Bar Date: | 04/20/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CASH ON HAND | 200.00 | 0.00 | | 0.00 | FA |
| 2. CHECKING ACCOUNT | 1,807.50 | 0.00 | | 0.00 | FA |
| 3. CHECKING ACCOUNT | 656.38 | 0.00 | | 0.00 | FA |
| 4. HOUSEHOLD GOODS | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 5. SPORTS JERSEYS | 200.00 | 0.00 | | 0.00 | FA |
| 6. WEARING APPAREL | 750.00 | 0.00 | | 0.00 | FA |
| 7. WATCH | 250.00 | 0.00 | | 0.00 | FA |
| 8. TERM LIFE INS POLICY | 0.00 | 0.00 | | 0.00 | FA |
| 9. FINANCIAL NETWORK IRA | 136,164.00 | 0.00 | | 0.00 | FA |
| 10. PRUDENTIAL IRS | 200,292.00 | 0.00 | | 0.00 | FA |
| 11. CO TRUSTEE OF SUSAN J ROSS TRUST | 0.00 | 0.00 | | 0.00 | FA |
| 12. 2003 GMC YUKON | 2,425.00 | 0.00 | | 0.00 | FA |
| 13. 2002 GMC ENVOY | 1,750.00 | 0.00 | | 0.00 | FA |
| 14. 2002 WAVERUNNER & TRAILER | 900.00 | 900.00 | | 0.00 | FA |
| 15. LAPTOP ETC | 150.00 | 0.00 | | 0.00 | FA |
| 16. RIVER FOREST COUNTRY CLUB | 19,781.00 | 0.00 | OA | 0.00 | FA |
| Abandoned per order 7/17/12 | | | | | |
| 17. MICHAEL J ROSS TRUST | 0.00 | 0.00 | | 0.00 | FA |
| 18. 100,000 shares of Comdisco CDR's (u) | 100,000.00 | 96,814.28 | | 101,814.28 | FA |
| Accumlulated distributions of $96,814.28 collected per turnover order dtd 7-31-12; Actual shares sold to Comdisco Litigation Trustee for $5,000 per court order dated 8-30-13. | | | | | |
| 19. Fraudulent transfer, adversary settlement (u) | 60,000.00 | 60,000.00 | | 60,000.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $527,325.88 | $159,714.28 | | $161,814.28 | $0.00 |

Case 10-45280 Doc 102 Filed 02/09/15 Entered 02/09/15 15:57:08 Desc Main
Document Page 4 of 15

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit A

| Case No: | 10-45280 | DRC | Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C. Berg, Succ. Trustee |
| Case Name: | ROSS, MICHAEL | | | Date Filed (f) or Converted (c): | 10/08/10 (f) |
| | | | | 341(a) Meeting Date: | 11/23/10 |
| | | | | Claims Bar Date: | 04/20/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

October 30, 2014: Former TR Grochocinskin resigned for health reasons in April. 2014; EC Berg appointed successor TR in May, 2014; Successor reviewed files, confirmed all assets completely administered by former TR with exception of unscheduled Asset 18 -- Debtor's interest in 100,000 shares of ComDisco Contingent Distribution Rights. Former TR had recovered $96,814.28 in distributions on account of shares in 2012 and obtained court authority to sell same in 2013. Sale proceeds of $5,000.00 were collected by Trustee; however, paperwork to finalize transfer of shares to purchaser was not completed. Successor TR contacted transfer agent, Computershare, and delivered letter of direction for reissuance of shares in name of purchaser. Successor TR completed additional paperwork and obtained medallion signature guarantee. Successor Trustee received confirmation of transfer from Computershare and delivered shares to buyer. Successor Trustee confirmed resolution of claims. Successor trustee presented the fee applications for payment to Trustee's attorneys and Trustee's accountants.


Prior Trustee Notes:

Former Shareholder of ComDisco; Has interest in Country Club and CDRs to sell; CDR's pending sale. Adversary Filed regarding Susan J. Ross Trust
Proceeding to sell CDRs
Settled and Compromised adversary. Attempt to sell CDRs (unscheduled) ongoing. Expect to file TFR before end of year.
Waiting for tax returns
Advised by accountant after review of case and documents that no estate tax return is needed- Final report preparation to begin.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3
Exhibit A

| | | |
|---|---|---|
| Case No: | 10-45280   DRC   Judge: DONALD R. CASSLING | Trustee Name: Elizabeth C. Berg, Succ. Trustee |
| Case Name: | ROSS, MICHAEL | Date Filed (f) or Converted (c): 10/08/10 (f) |
| | | 341(a) Meeting Date: 11/23/10 |
| | | Claims Bar Date: 04/20/11 |

Initial Projected Date of Final Report (TFR): 12/30/12     Current Projected Date of Final Report (TFR): 12/30/14

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 10-45280 -DRC | | Trustee Name: | Elizabeth C. Berg, Succ. Trustee |
|---|---|---|---|---|
| Case Name: | ROSS, MICHAEL | | Bank Name: | UNKNOWN BANK |
| | | | Account Number / CD #: | *******8001 Checking Account |
| Taxpayer ID No: | *******1968 | | | |
| For Period Ending: | 12/29/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/01/12 | 18 | COMDISCO<br>5600 N RIVER ROAD<br>SUITE 800<br>ROSEMONT, IL 60018 | Accumulated distributions from CDRS | 1229-000 | 96,814.28 | | 96,814.28 |
| 08/31/12 | | Green Bank<br>401 Greenbriar<br>Houston, TX 77098 | Bank Service Fee | 2600-000 | | 166.30 | 96,647.98 |
| 09/28/12 | | Green Bank<br>401 Greenbriar<br>Houston, TX 77098 | Bank Service Fee | 2600-000 | | 135.83 | 96,512.15 |
| 10/31/12 | | Green Bank<br>401 Greenbriar<br>Houston, TX 77098 | Bank Service Fee | 2600-000 | | 155.74 | 96,356.41 |
| 11/30/12 | | Green Bank<br>401 Greenbriar<br>Houston, TX 77098 | Bank Service Fee | 2600-000 | | 160.50 | 96,195.91 |
| 12/31/12 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 145.21 | 96,050.70 |
| 01/31/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 154.99 | 95,895.71 |
| 02/21/13 | 003001 | INTERNATIONAL SURETIES, LTD<br>701 POYDRAS STREET<br>SUITE 420<br>NEW ORLEANS, LA 70139 | Bond#016026455<br>2300-000      $-90.84 | 2300-000 | | 90.84 | 95,804.87 |
| 02/27/13 | 003002 | InnovaLaw, PC | Payment for transcript of | 2990-000 | | 96.00 | 95,708.87 |

Page Subtotals      96,814.28      1,105.41

LFORM24    UST Form 101-7-TFR (5/1/2011) (Page: 6)          Ver: 18.03b

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 10-45280 -DRC | Trustee Name: | Elizabeth C. Berg, Succ. Trustee |
| --- | --- | --- | --- |
| Case Name: | ROSS, MICHAEL | Bank Name: | UNKNOWN BANK |
|  |  | Account Number / CD #: | *******8001 Checking Account |
| Taxpayer ID No: | *******1968 |  |  |
| For Period Ending: | 12/29/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  | 1900 Ravinia Palce<br>Orland Park, IL 60462 | proceedings in Adversary case.<br>2990-000         $-96.00 |  |  |  |  |
| 02/28/13 |  | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 |  | 139.76 | 95,569.11 |
| 03/29/13 |  | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 |  | 154.21 | 95,414.90 |
| 04/30/13 |  | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 |  | 149.00 | 95,265.90 |
| 05/31/13 |  | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 |  | 163.64 | 95,102.26 |
| 06/28/13 |  | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 |  | 138.61 | 94,963.65 |
| 07/01/13 | 19 | Swanson, Martin, & Bell, LLP<br>Client Fund Acct. #2<br>330 North Wabash, Suite 3300<br>Chicago, IL 60611 | Adversary settlement of fraudulent<br>transfer to Susan Trust | 1241-000 | 60,000.00 |  | 154,963.65 |
| 07/31/13 |  | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 |  | 246.94 | 154,716.71 |

Page Subtotals      60,000.00      992.16

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

LFORM24

Ver: 18.03b

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3
Exhibit B

| Case No: | 10-45280 -DRC | | Trustee Name: | Elizabeth C. Berg, Succ. Trustee |
|---|---|---|---|---|
| Case Name: | ROSS, MICHAEL | | Bank Name: | UNKNOWN BANK |
| | | | Account Number / CD #: | *******8001 Checking Account |
| Taxpayer ID No: | *******1968 | | | |
| For Period Ending: | 12/29/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/30/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 265.77 | 154,450.94 |
| 09/23/13 | 18 | Comdisco Litigation Trust<br>225 W. Wacker Dr.<br>Suite 3000<br>Chicago, IL 60606 | Sale of CDR's to Comdisco Litigation Trustee per Order entered on August 30, 2013 | 1229-000 | 5,000.00 | | 159,450.94 |
| 09/30/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 226.67 | 159,224.27 |
| 10/31/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 256.93 | 158,967.34 |
| 11/29/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 256.52 | 158,710.82 |
| 12/31/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 247.84 | 158,462.98 |
| 01/31/14 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 272.20 | 158,190.78 |
| 02/28/14 | | Green Bank<br>US Trustee Services | Bank Service Fee | 2600-000 | | 230.56 | 157,960.22 |

Page Subtotals    5,000.00    1,756.49

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4
Exhibit B

| Case No: | 10-45280 -DRC | Trustee Name: | Elizabeth C. Berg, Succ. Trustee |
| --- | --- | --- | --- |
| Case Name: | ROSS, MICHAEL | Bank Name: | UNKNOWN BANK |
| | | Account Number / CD #: | *******8001 Checking Account |
| Taxpayer ID No: | *******1968 | | |
| For Period Ending: | 12/29/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/31/14 | | 2900 North Loop West, Suite 200<br>Houston, TX 77092<br>Green Bank | Bank Service Fee | 2600-000 | | 238.45 | 157,721.77 |
| 04/02/14 | 003003 | US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092<br>INTERNATIONAL SURETIES, LTD<br>701 POYDRAS STREET<br>SUITE 420<br>NEW ORLEANS, LA 70139 | Blanket bond #016026455  2/01/14 to 2/10/15<br>    2300-000    $-130.88 | 2300-000 | | 130.88 | 157,590.89 |
| 06/02/14 | | Transfer to Acct #*******6107 | Bank Funds Transfer | 9999-000 | | 157,082.66 | 508.23 |
| 07/23/14 | | GREEN BANK<br>4000 Greenbriar Drive<br>Houston, TX 77098 | Bank Service Fee<br>The Service Charge actually occurred on April 30, 2014 instead of July 23, 2014. TCMS will not allow me to back date more than 30 days. ~JMM | 2600-000 | | 246.14 | 262.09 |
| 07/23/14 | | GREEN BANK<br>4000 Greenbriar Drive<br>Houston, TX 77098 | Bank Service Fee actually occurred on May 30, 2014. TCMS will not allow me to backdate more than 30 days. ~JMM | 2600-000 | | 262.09 | 0.00 |

```
                                       COLUMN TOTALS                       161,814.28     161,814.28         0.00
                                           Less: Bank Transfers/CD's             0.00     157,082.66
                                       Subtotal                            161,814.28       4,731.62
                                           Less: Payments to Debtors                            0.00
                                       Net                                 161,814.28       4,731.62
```

Page Subtotals          0.00          157,960.22

FORM 2

Page: 5

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-45280 -DRC | | Trustee Name: | Elizabeth C. Berg, Succ. Trustee |
|---|---|---|---|---|
| Case Name: | ROSS, MICHAEL | | Bank Name: | Associated Bank |
| | | | Account Number / CD #: | *******6107 Checking Account |
| Taxpayer ID No: | *******1968 | | | |
| For Period Ending: | 12/29/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/02/14 | | Transfer from Acct #*******8001 | Bank Funds Transfer | 9999-000 | 157,082.66 | | 157,082.66 |
| 07/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 218.41 | 156,864.25 |
| 07/29/14 | 005001 | Kathleen M. McGuire | TR's Attorney Fees | 3210-000 | | 31,992.00 | 124,872.25 |
| | | InnovaLaw, P.C. | Final Compensation allowed per Court Order dated | | | | |
| | | 1900 Ravinia Place | 7.25.14 | | | | |
| | | Orland Park  IL  60462 | | | | | |
| 07/29/14 | 005002 | Kathleen M. McGuire | Former TR Atty's Expenses | 3220-000 | | 61.22 | 124,811.03 |
| | | InnovaLaw, P.C. | Reimbursement of Expenses allowed per Court Order | | | | |
| | | 1900 Ravinia Place | dated 7.25.14 | | | | |
| | | Orland Park  IL  60462 | | | | | |
| 07/29/14 | 005003 | Alan D. Lasko & Associates, P.C. | TR's Accountant | 3410-000 | | 739.00 | 124,072.03 |
| | | 29 S. LaSalle St. | Final Compensation allowed per Court Order dated | | | | |
| | | Chicago, IL  60603 | 7.25.14 | | | | |
| 08/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 233.22 | 123,838.81 |
| 09/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 188.88 | 123,649.93 |
| 10/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 177.92 | 123,472.01 |
| 11/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 183.57 | 123,288.44 |
| 12/05/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 177.39 | 123,111.05 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 157,082.66 | 33,971.61 | 123,111.05 |
| Less:  Bank Transfers/CD's | 157,082.66 | 0.00 | |
| Subtotal | 0.00 | 33,971.61 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 33,971.61 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********8001 | 161,814.28 | 4,731.62 | 0.00 |
| Checking Account - ********6107 | 0.00 | 33,971.61 | 123,111.05 |
| | ----------------------- | ----------------------- | ----------------------- |
| Page Subtotals | 157,082.66 | 33,971.61 | |

FORM 2

Page: 6

Exhibit B

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-45280 -DRC | Trustee Name: | Elizabeth C. Berg, Succ. Trustee |
|---|---|---|---|
| Case Name: | ROSS, MICHAEL | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******6107 Checking Account |
| Taxpayer ID No: | *******1968 | | |
| For Period Ending: | 12/29/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | 161,814.28 | 38,703.23 | 123,111.05 |
| | | | | | ============ | ============ | ============ |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.00  0.00

UST Form 101-7-TFR (5/1/2011) (Page: 11)

Ver: 18.03b

LFORM24

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 1 | | ANALYSIS OF CLAIMS REGISTER | | | Date: December 29, 2014 |

Case Number: 10-45280  
Debtor Name: ROSS, MICHAEL  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 3220-00 | Kathleen M. McGuire<br>InnovaLaw, P.C.<br>1900 Ravinia Place<br>Orland Park IL 60462 | Administrative | | $61.22 | $61.22 | $0.00 |
| 001 3210-00 | Kathleen M. McGuire<br>InnovaLaw, P.C.<br>1900 Ravinia Place<br>Orland Park IL 60462 | Administrative | | $31,992.00 | $31,992.00 | $0.00 |
| 200 3410-00 | Alan D. Lasko & Associates, P.C.<br>29 S. LaSalle St.<br>Chicago, IL 60603 | Administrative | | $739.00 | $739.00 | $0.00 |
| 200 2200-00 | David E. Grochocinski<br>1900 Ravinia Place<br>Orland Park, IL 60462 | Administrative | | $0.00 | $0.00 | $0.00 |
| 200 2100-00 | David E Grochocinski, Former Trustee<br>Grochocinski & Grochocinski<br>1900 Ravinia Place<br>Orland Park, IL 60462 | Administrative | | $8,505.54 | $0.00 | $8,505.54 |
| 200 2990-00 | CLERK OF THE US BANKRUPTCY COURT<br>219 S. DEARBORN<br>CHICAGO, IL 60604 | Administrative | | $293.00 | $0.00 | $293.00 |
| 001 2200-00 | Elizabeth C. Berg, Succ. Trustee<br>c/o Baldi Berg, Ltd.<br>20 N. Clark Street #200<br>Chicago IL 60602 | Administrative | | $32.20 | $0.00 | $32.20 |
| 001 2100-00 | Elizabeth C. Berg, Succ.Trustee<br>c/o Baldi Berg, Ltd.<br>20 N. Clark Street #200<br>Chicago IL 60602 | Administrative | | $2,835.17 | $0.00 | $2,835.17 |
| 1 610 7100-00 | John W. Costello, as Litigation Trustee<br>c/o Jonathan W Young & Yeny C Estrada<br>225 W Wacker Drive Ste 3000<br>Chicago, IL 60606 | Unsecured | | $3,326,162.96 | $0.00 | $3,326,162.96 |
| 2 620 7200-00 | CitiMortgage, Inc.<br>PO Box 6030<br>Sioux Falls, SD 57117 | Unsecured | | $269,457.62 | $0.00 | $269,457.62 |
| | Case Totals: | | | $3,640,078.71 | $32,792.22 | $3,607,286.49 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

**SUCCESSOR TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 10-45280
Case Name: ROSS, MICHAEL
Trustee Name: Elizabeth C. Berg, Successor Trustee

Balance on hand                                                                     $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth Berg, Successor Trustee | $ | $ | $ |
| Trustee Expenses: Elizabeth C. Berg, Trustee | $ | $ | $ |
| Attorney for Trustee Fees: Kathleen M. McGuire | $ | $ | $ |
| Attorney for Trustee Expenses: Kathleen M. McGuire | $ | $ | $ |
| Accountant for Trustee Fees: Alan D. Lasko & Associates, P.C. | $ | $ | $ |
| Other: CLERK OF THE US BANKRUPTCY COURT | $ | $ | $ |
| Trustee Fees: David E Grochocinski, Former Trustee | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses       $_____

Remaining Balance                                             $_____

UST Form 101-7-TFR (5/1/2011) *(Page: 13)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $         must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $              have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | John W. Costello, as Litigation Trustee | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance                                         $_____

Tardily filed claims of general (unsecured) creditors totaling $              have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | CitiMortgage, Inc. | $ | $ | $ |

Total to be paid to tardy general unsecured creditors         $_____

Remaining Balance                                            $_____


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE