## UNITED STATES BANKRUPTCY COURT
NORTHERN  **DISTRICT OF**  ILLINOIS
EASTERN  **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ROSS, MICHAEL | § | Case No. 10-45280 |
| | § | |
| Debtor(s) | § | |

### NOTICE OF SUCCESSOR TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Elizabeth C. Berg, successor trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Mr. Jeffrey P. Allsteadt
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street
7th Floor
Chicago   IL   60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :

10:30 a.m.
on Friday, March 6, 2015
in Courtroom 240 of the Kane County Courthouse
100 South 3rd Street, Geneva, Illinois

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: Jeffrey P. Allsteadt _____

*Elizabeth C. Berg,  Successor Trustee*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re: | § | |
| | § | |
| ROSS, MICHAEL | § | Case No. 10-45280 |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF SUCCESSOR TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 161,814.28 |
| and approved disbursements of | $ | 38,703.23 |
| leaving a balance on hand of[1] | $ | 123,111.05 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth Berg, Succ, Trustee | $ 2,835.17 | $ 0.00 | $ 2,835.17 |
| Trustee Expenses: Elizabeth C. Berg, Trustee | $ 32.20 | $ 0.00 | $ 32.20 |
| Attorney for Trustee Fees: Kathleen M. McGuire | $ 31,992.00 | $ 31,992.00 | $ 0.00 |
| Attorney for Trustee Expenses: Kathleen M. McGuire | $ 61.22 | $ 61.22 | $ 0.00 |
| Accountant for Trustee Fees: Alan D. Lasko & Associates, P.C. | $ 739.00 | $ 739.00 | $ 0.00 |
| Other: CLERK OF THE US BANKRUPTCY COURT | $ 293.00 | $ 0.00 | $ 293.00 |
| Trustee Fees: David E Grochocinski, Former Trustee | $ 8,505.54 | $ 0.00 | $ 8,505.54 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

Total to be paid for chapter 7 administrative expenses                $ 11,665.91

Remaining Balance                                                      $ 111,445.14


Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE


In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE


The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 3,326,162.96  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
| --- | --- | --- | --- | --- |
| 1 | John W. Costello, as Litigation Trustee | $ 3,326,162.96 | $ 0.00 | $ 111,445.14 |

Total to be paid to timely general unsecured creditors               $ 111,445.14

Remaining Balance                                                     $ 0.00


Tardily filed claims of general (unsecured) creditors totaling $ 269,457.62  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | CitiMortgage, Inc. | $ 269,457.62 | $ 0.00 | $ 0.00 |

Total to be paid to tardy general unsecured creditors                    $            0.00

Remaining Balance                    $            0.00


   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:


NONE


Prepared By: /s/ _____

                Elizabeth C. Berg, Successor Trustee


*Elizabeth C. Berg, Successor Trustee*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

```
In re:                                                          Case No. 10-45280-DRC
Michael J. Ross                                                 Chapter 7
       Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: dwilliams        Page 1 of 2          Date Rcvd: Feb 12, 2015
                              Form ID: pdf002        Total Noticed: 13
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 14, 2015.
```
db            +Michael J. Ross,    452 South Arlington Avenue,    Elmhurst, IL 60126-3917
16254804      ++CITIBANK,    PO BOX 6030,    SIOUX FALLS SD 57117-6030
               (address filed with court: Citibank,    P.O. Box 688923,    Des Moines, IA 50368-8923)
16254805      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Citibank Mastercard,    P.O. Box 183037,    Columbus, OH 43218-3037)
21207700      +CitiMortgage, Inc.,    PO Box 6030,    Sioux Falls, SD 57117-6030
16254806       Citimortgage,    P.O. Box 183040,    Columbus, OH 43218-3040
16254807      +Comdisco Liquidation Trust,    John W. Costello, Wildman Harrold,    225 W. Wacker, Suite 3000,
               Chicago, IL 60606-3007
16254808       Diners Club,    P.O. Box 6003,    The Lakes, NV 88901-6003
16254809       Home Depot Mastercard,    P.O. Box 6926,    The Lakes, NV 88901-6926
16254810       Hyundai Motors,    P.O. Box 9001102,    Louisville, KY 40290-1102
16571813      +John Costello,    c/o Wildman, Harrold, Allen & Dixon LLP,    225 West Wacker Drive, Suite 3000,
               Chicago, IL 60606-3007
16571814      +John W. Costello, as Litigation Trustee,    c/o Jonathan W Young & Yeny C Estrada,
               225 W Wacker Drive Ste 3000,    Chicago IL 60606-3007
16447776      +Susan J Ross,    452 Arlington Avenue,    Elmhurst IL 60126-3917
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16447775      +E-mail/Text: ally@ebn.phinsolutions.com Feb 13 2015 01:43:55     Ally,    Pob 380901,
               Bloomington MN 55438-0901
                                                                                  TOTAL: 1
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                             TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 12, 2015 at the address(es) listed below:
```
          Cameron M Gulden    on behalf of U.S. Trustee Patrick S Layng USTPRegion11.es.ecf@usdoj.gov
          Charles S. Stahl, Jr.    on behalf of Defendant Michael J. Ross cstahl@smbtrials.com
          Charles S. Stahl, Jr.    on behalf of Debtor Michael J. Ross cstahl@smbtrials.com
          Charles S. Stahl, Jr.    on behalf of Defendant    The Susan J. Ross Revocable Trust
           cstahl@smbtrials.com
          Charles S. Stahl, Jr.    on behalf of Defendant Susan J Ross cstahl@smbtrials.com
          Elizabeth C Berg    on behalf of Trustee David E Grochocinski bergtrustee@baldiberg.com,
           eberg@ecf.epiqsystems.com,jmanola@baldiberg.com
          Elizabeth C Berg    on behalf of Accountant    Alan D Lasko & Associates P.C.
           bergtrustee@baldiberg.com,    eberg@ecf.epiqsystems.com,jmanola@baldiberg.com
          Elizabeth C Berg    bergtrustee@baldiberg.com,    eberg@ecf.epiqsystems.com,jmanola@baldiberg.com
          Jonathan W. Young    on behalf of Creditor John Costello jyoung@edwardswildman.com,
           kgerhardt@edwardswildman.com;ecffilings@edwardswildman.com
          Kathleen M. McGuire    on behalf of Attorney    InnovaLaw, P.C. kathleenmmcguirelaw@gmail.com,
           kmmcguirelaw@sbcglobal.net,lawyers@innovalaw.com,khubert@innovalaw.com
          Kathleen M. McGuire    on behalf of Plaintiff    David E. Grochocinski
           kathleenmmcguirelaw@gmail.com,    kmmcguirelaw@sbcglobal.net,lawyers@innovalaw.com,
           khubert@innovalaw.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Yeny C. Estrada    on behalf of Creditor John  Costello yeny.estrada@lockelord.com,
           karen.soto@lockelord.com;ECFFilings@edwardswildman.com
          Yeny C. Estrada    on behalf of Plaintiff John  Costello yestrada@edwardswildman.com,
           karen.soto@lockelord.com;ECFFilings@edwardswildman.com
```

District/off: 0752-1            User: dwilliams          Page 2 of 2              Date Rcvd: Feb 12, 2015
                               Form ID: pdf002          Total Noticed: 13


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
                                                                        TOTAL: 14