UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 10-45280 |
| Michael Ross, | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Donald R. Cassling |
| | ) | Kane |
| Debtor(s) | ) | |

**Order Awarding Trustee's Final Compensation and Expense Reimbursement**

THIS MATTER BEING HEARD on the Successor Trustee's First and Final Request for Compensation and Expense Reimbursement, notice having been given, and the Court being duly advised:

IT IS HEREBY ORDERED that final trustee compensation is allowed in this case in the amount of $11,340.71; and

IT IS FURTHER ORDERED that the final Trustee compensation awarded herein shall be allocated between the prior and successor trustees as follows:

David Grochocinski, prior trustee is allowed final compensation in the amount of $8,505.54;

Elizabeth C. Berg, Sucessor Trustee is allowed final compensation in the amount of $2,835.17; and

IT IS FURTHER ORDERED that Elizabeth C. Berg, Successor Trustee is allowed reimbursement of expenses in the amount of $32.20; and

IT IS FURTHER ORDERED that Elizabeth C. Berg, Successor Trustee is authorized to pay the allowances listed above from the funds on hand as part of her final distribution in this case.

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling

United States Bankruptcy Judge

Dated: March 06, 2015

**Prepared by:**

Elizabeth C. Berg/Atty ID 6200886
20 North Clark St., Suite 200
Chicago, IL  60602
312.726.8150