UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                  §
                                        §
                                        §
ROSS, MICHAEL                           §   Case No. 10-45280
                                        §
                                        §
         Debtor(s)                      §

**UWEEGUUQT"CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Elizabeth C. Berg, uweeguuqt chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on            . The case was pending for     months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Elizabeth C. Berg, Uweeguuqt"Trustee_____
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID E GROCHOCINSKI | | | | | |
| ELIZABETH C. BERG | | | | | |
| ELIZABETH C. BERG | | | | | |
| INTERNATIONAL SURETIES, LTD | | | | | |
| Associated Bank | | | | | |
| Green Bank | | | | | |
| CLERK OF THE U.S. BANKRUPTCY COURT | | | | | |
| InnovaLaw, PC | | | | | |
| INNOVA | | | | | |
| INNOVA | | | | | |
| ALAN D. LASKO & ASSOCIATES, P.C. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ally P.O. Box 380901 Bloomington, MN 55438 | | | | | |
| | Citibank Mastercard P.O. Box 183037 Columbus, OH 43218-3037 | | | | | |
| | Citibank P.O. Box 688923 Des Moines, IA 50368-8923 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citimortgage P.O. Box 183040 Columbus, OH 43218-3040 | | | | | |
| | Diners Club P.O. Box 6003 The Lakes, NV 88901-6003 | | | | | |
| | Home Depot Mastercard P.O. Box 6926 The Lakes, NV 88901-6926 | | | | | |
| | Hyundai Motors P.O. Box 9001102 Louisville, KY 40290-1102 | | | | | |
| 1 | JOHN W. COSTELLO, AS LITIGATION TRU | | | | | |
| 2 | CITIMORTGAGE, INC. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 10-45280 | DRC | Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C. Berg, Succ. Trustee |
| --- | --- | --- | --- | --- | --- |
| Case Name: | ROSS, MICHAEL | | | Date Filed (f) or Converted (c): | 10/08/10 (f) |
| | | | | 341(a) Meeting Date: | 11/23/10 |
| For Period Ending: | 04/09/15 | | | Claims Bar Date: | 04/20/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CASH ON HAND | 200.00 | 0.00 | | 0.00 | FA |
| 2. CHECKING ACCOUNT | 1,807.50 | 0.00 | | 0.00 | FA |
| 3. CHECKING ACCOUNT | 656.38 | 0.00 | | 0.00 | FA |
| 4. HOUSEHOLD GOODS | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 5. SPORTS JERSEYS | 200.00 | 0.00 | | 0.00 | FA |
| 6. WEARING APPAREL | 750.00 | 0.00 | | 0.00 | FA |
| 7. WATCH | 250.00 | 0.00 | | 0.00 | FA |
| 8. TERM LIFE INS POLICY | 0.00 | 0.00 | | 0.00 | FA |
| 9. FINANCIAL NETWORK IRA | 136,164.00 | 0.00 | | 0.00 | FA |
| 10. PRUDENTIAL IRS | 200,292.00 | 0.00 | | 0.00 | FA |
| 11. CO TRUSTEE OF SUSAN J ROSS TRUST | 0.00 | 0.00 | | 0.00 | FA |
| 12. 2003 GMC YUKON | 2,425.00 | 0.00 | | 0.00 | FA |
| 13. 2002 GMC ENVOY | 1,750.00 | 0.00 | | 0.00 | FA |
| 14. 2002 WAVERUNNER & TRAILER | 900.00 | 900.00 | | 0.00 | FA |
| 15. LAPTOP ETC | 150.00 | 0.00 | | 0.00 | FA |
| 16. RIVER FOREST COUNTRY CLUB | 19,781.00 | 0.00 | OA | 0.00 | FA |
| Abandoned per order 7/17/12 | | | | | |
| 17. MICHAEL J ROSS TRUST | 0.00 | 0.00 | | 0.00 | FA |
| 18. 100,000 shares of Comdisco CDR's (u) | 100,000.00 | 96,814.28 | | 101,814.28 | FA |
| Accumlulated distributions of $96,814.28 collected per turnover order dtd 7-31-12; Actual shares sold to Comdisco Litigation Trustee for $5,000 per court order dated 8-30-13. | | | | | |
| 19. Fraudulent transfer, adversary settlement (u) | 60,000.00 | 60,000.00 | | 60,000.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $527,325.88 | $159,714.28 | | $161,814.28 | $0.00 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Exhibit 8

| Case No: | 10-45280 | DRC | Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C. Berg, Succ. Trustee |
| Case Name: | ROSS, MICHAEL | | | Date Filed (f) or Converted (c): | 10/08/10 (f) |
| | | | | 341(a) Meeting Date: | 11/23/10 |
| | | | | Claims Bar Date: | 04/20/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

October 30, 2014:  Former TR Grochocinskin resigned for health reasons in April. 2014;  EC Berg appointed successor TR
in May, 2014;   Successor reviewed files, confirmed all assets completely administered by former TR with exception of
unscheduled Asset 18 -- Debtor's interest in 100,000 shares of ComDisco Contingent Distribution Rights.   Former TR had
recovered $96,814.28 in distributions on account of shares in 2012 and obtained court authority to sell same in 2013.
Sale proceeds of $5,000.00 were collected by Trustee; however, paperwork to finalize transfer of shares to purchaser was
not completed.  Successor TR contacted transfer agent, Computershare, and delivered letter of direction for reissuance
of shares in name of purchaser.  Successor TR completed additional paperwork and obtained medallion signature guarantee.
Successor Trustee received confirmation of transfer from Computershare and delivered shares to buyer.  Successor
Trustee confirmed resolution of claims.  Successor trustee presented the fee applications for payment to Trustee's
attorneys and Trustee's accountants.


Prior Trustee Notes:

Former Shareholder of ComDisco; Has interest in Country Club and CDRs to sell; CDR's pending sale.  Adversary Filed
regarding Susan J. Ross Trust
Proceeding to sell CDRs
Settled and Compromised adversary. Attempt to sell CDRs (unscheduled) ongoing. Expect to file TFR before end of year.
Waiting for tax returns
Advised by accountant after review of case and documents that no estate tax return is needed- Final report preparation
to begin.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3

Exhibit 8

| | | |
|---|---|---|
| Case No: | 10-45280    DRC    Judge: DONALD R. CASSLING | Trustee Name:    Elizabeth C. Berg, Succ. Trustee |
| Case Name: | ROSS, MICHAEL | Date Filed (f) or Converted (c):    10/08/10 (f) |
| | | 341(a) Meeting Date:    11/23/10 |
| | | Claims Bar Date:    04/20/11 |

Initial Projected Date of Final Report (TFR): 12/30/12      Current Projected Date of Final Report (TFR): 03/31/15

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-45280 -DRC | Trustee Name: | Elizabeth C. Berg, Succ. Trustee |
|---|---|---|---|
| Case Name: | ROSS, MICHAEL | Bank Name: | GREEN BANK |
| | | Account Number / CD #: | *******8001 Checking Account |
| Taxpayer ID No: | *******1968 | | |
| For Period Ending: | 04/09/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/01/12 | 18 | COMDISCO<br>5600 N RIVER ROAD<br>SUITE 800<br>ROSEMONT, IL  60018 | Accumulated distributions from CDRS | 1229-000 | 96,814.28 | | 96,814.28 |
| 08/31/12 | | Green Bank<br>401 Greenbriar<br>Houston, TX  77098 | Bank Service Fee | 2600-000 | | 166.30 | 96,647.98 |
| 09/28/12 | | Green Bank<br>401 Greenbriar<br>Houston, TX  77098 | Bank Service Fee | 2600-000 | | 135.83 | 96,512.15 |
| 10/31/12 | | Green Bank<br>401 Greenbriar<br>Houston, TX  77098 | Bank Service Fee | 2600-000 | | 155.74 | 96,356.41 |
| 11/30/12 | | Green Bank<br>401 Greenbriar<br>Houston, TX  77098 | Bank Service Fee | 2600-000 | | 160.50 | 96,195.91 |
| 12/31/12 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 145.21 | 96,050.70 |
| 01/31/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 154.99 | 95,895.71 |
| 02/21/13 | 003001 | INTERNATIONAL SURETIES, LTD<br>701 POYDRAS STREET<br>SUITE 420<br>NEW ORLEANS, LA  70139 | Bond#016026455<br>2300-000          $-90.84 | 2300-000 | | 90.84 | 95,804.87 |
| 02/27/13 | 003002 | InnovaLaw, PC | Payment for transcript of | 2990-000 | | 96.00 | 95,708.87 |

Page Subtotals         96,814.28         1,105.41

Ver: 18.04

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 10-45280 -DRC | Trustee Name: Elizabeth C. Berg, Succ.Trustee |
| Case Name: | ROSS, MICHAEL | Bank Name: GREEN BANK |
| | | Account Number / CD #: *******8001 Checking Account |
| Taxpayer ID No: | *******1968 | |
| For Period Ending: | 04/09/15 | Blanket Bond (per case limit): $ 5,000,000.00 |
| | | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 1900 Ravinia Palce<br>Orland Park, IL 60462 | proceedings in Adversary case.<br>2990-000    $-96.00 | | | | |
| 02/28/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 139.76 | 95,569.11 |
| 03/29/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 154.21 | 95,414.90 |
| 04/30/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 149.00 | 95,265.90 |
| 05/31/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 163.64 | 95,102.26 |
| 06/28/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 138.61 | 94,963.65 |
| 07/01/13 | 19 | Swanson, Martin, & Bell, LLP<br>Client Fund Acct. #2<br>330 North Wabash, Suite 3300<br>Chicago, IL 60611 | Adversary settlement of fraudulent transfer to Susan Trust | 1241-000 | 60,000.00 | | 154,963.65 |
| 07/31/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 246.94 | 154,716.71 |

Page Subtotals    60,000.00    992.16

Ver: 18.04

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-45280 -DRC | | Trustee Name: | Elizabeth C. Berg, Succ.Trustee |
|---|---|---|---|---|
| Case Name: | ROSS, MICHAEL | | Bank Name: | GREEN BANK |
| | | | Account Number / CD #: | *******8001 Checking Account |
| Taxpayer ID No: | *******1968 | | | |
| For Period Ending: | 04/09/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/30/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 265.77 | 154,450.94 |
| 09/23/13 | 18 | Comdisco Litigation Trust<br>225 W. Wacker Dr.<br>Suite 3000<br>Chicago, IL 60606 | Sale of CDR's to Comdisco<br>Litigation Trustee per Order entered on August 30, 2013 | 1229-000 | 5,000.00 | | 159,450.94 |
| 09/30/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 226.67 | 159,224.27 |
| 10/31/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 256.93 | 158,967.34 |
| 11/29/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 256.52 | 158,710.82 |
| 12/31/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 247.84 | 158,462.98 |
| 01/31/14 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 272.20 | 158,190.78 |
| 02/28/14 | | Green Bank<br>US Trustee Services | Bank Service Fee | 2600-000 | | 230.56 | 157,960.22 |

Page Subtotals  5,000.00  1,756.49

Ver: 18.04

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*

Page: 4

Exhibit 9

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-45280 -DRC | Trustee Name: | Elizabeth C. Berg, Succ.Truste |
|---|---|---|---|
| Case Name: | ROSS, MICHAEL | Bank Name: | GREEN BANK |
|  |  | Account Number / CD #: | *******8001  Checking Account |
| Taxpayer ID No: | *******1968 |  |  |
| For Period Ending: | 04/09/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/31/14 |  | 2900 North Loop West, Suite 200<br>Houston, TX  77092<br>Green Bank | Bank Service Fee | 2600-000 |  | 238.45 | 157,721.77 |
| 04/02/14 | 003003 | US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092<br>INTERNATIONAL SURETIES, LTD<br>701 POYDRAS STREET<br>SUITE 420<br>NEW ORLEANS, LA  70139 | Blanket bond #016026455  2/01/14<br>to 2/10/15<br>      2300-000        $-130.88 | 2300-000 |  | 130.88 | 157,590.89 |
| 06/02/14 |  | Transfer to Acct #*******6107 | Bank Funds Transfer | 9999-000 |  | 157,082.66 | 508.23 |
| 07/23/14 |  | GREEN BANK<br>4000 Greenbriar Drive<br>Houston, TX 77098 | Bank Service Fee<br>The Service Charge actually occurred on April 30, 2014 instead of July 23, 2014. TCMS will not allow me to back date more than 30 days. ~JMM | 2600-000 |  | 246.14 | 262.09 |
| 07/23/14 |  | GREEN BANK<br>4000 Greenbriar Drive<br>Houston, TX 77098 | Bank Service Fee actually occurred on May 30, 2014. TCMS will not allow me to backdate more than 30 days. ~JMM | 2600-000 |  | 262.09 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 161,814.28 | 161,814.28 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 157,082.66 |  |
| Subtotal | 161,814.28 | 4,731.62 |  |
| Less:  Payments to Debtors |  | 0.00 |  |
| Net | 161,814.28 | 4,731.62 |  |

Page Subtotals        0.00        157,960.22

Ver: 18.04

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 13)

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-45280 -DRC | | Trustee Name: | Elizabeth C. Berg, Succ.Succ. Trustee |
|---|---|---|---|---|
| Case Name: | ROSS, MICHAEL | | Bank Name: | Associated Bank |
| | | | Account Number / CD #: | *******6107  Checking Account |
| Taxpayer ID No: | *******1968 | | | |
| For Period Ending: | 04/09/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/02/14 | | Transfer from Acct #*******8001 | Bank Funds Transfer | 9999-000 | 157,082.66 | | 157,082.66 |
| 07/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 218.41 | 156,864.25 |
| 07/29/14 | 005001 | Kathleen M. McGuire<br>InnovaLaw, P.C.<br>1900 Ravinia Place<br>Orland Park  IL  60462 | TR's Attorney Fees<br>Final Compensation allowed per Court Order dated 7.25.14 | 3210-000 | | 31,992.00 | 124,872.25 |
| 07/29/14 | 005002 | Kathleen M. McGuire<br>InnovaLaw, P.C.<br>1900 Ravinia Place<br>Orland Park  IL  60462 | Former TR Atty's Expenses<br>Reimbursement of Expenses allowed per Court Order dated 7.25.14 | 3220-000 | | 61.22 | 124,811.03 |
| 07/29/14 | 005003 | Alan D. Lasko & Associates, P.C.<br>29 S. LaSalle St.<br>Chicago, IL  60603 | TR's Accountant<br>Final Compensation allowed per Court Order dated 7.25.14 | 3410-000 | | 739.00 | 124,072.03 |
| 08/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 233.22 | 123,838.81 |
| 09/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 188.88 | 123,649.93 |
| 10/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 177.92 | 123,472.01 |
| 11/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 183.57 | 123,288.44 |
| 12/05/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 177.39 | 123,111.05 |
| 03/10/15 | 005004 | David E Grochocinski, Former Trustee<br>c/o Timothy Grochocinski<br>15020 S. Ravinia Ave, Ste. 29<br>Orland Park, IL  60462 | Trustee Compensation | 2100-000 | | 8,505.54 | 114,605.51 |
| 03/10/15 | 005005 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg, Ltd.<br>20 N. Clark Street  #200<br>Chicago  IL  60602 | Trustee Compensation | 2100-000 | | 2,835.17 | 111,770.34 |
| 03/10/15 | 005006 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg, Ltd. | Trustee Expenses | 2200-000 | | 32.20 | 111,738.14 |

Page Subtotals    157,082.66    45,344.52

Ver: 18.04

LFORM24

UST Form 101-7-TDR (10/1/2010)  (Page: 14)

FORM 2

Page: 6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-45280 -DRC | Trustee Name: | Elizabeth C. Berg, Succ.Trustee |
|---|---|---|---|
| Case Name: | ROSS, MICHAEL | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******6107  Checking Account |
| Taxpayer ID No: | *******1968 | | |
| For Period Ending: | 04/09/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/10/15 | 005007 | 20 N. Clark Street #200<br>Chicago IL 60602<br>U.S. Bankruptcy Court | Other Chapter 7 Administrative Expe | 2990-000 | | 293.00 | 111,445.14 |
| 03/10/15 | 005008 | 219 S. Dearborn<br>Chicago, IL 60604<br>John W. Costello, as Litigation Trustee<br>c/o Jonathan W Young & Yeny C Estrada<br>225 W Wacker Drive St 2800<br>Chicago, IL 60606 | Claim 1, Payment 3.35% | 7100-000 | | 111,445.14 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 157,082.66 | 157,082.66 | 0.00 |
| Less:  Bank Transfers/CD's | 157,082.66 | 0.00 | |
| Subtotal | 0.00 | 157,082.66 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 157,082.66 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********8001 | 161,814.28 | 4,731.62 | 0.00 |
| Checking Account - ********6107 | 0.00 | 157,082.66 | 0.00 |
| | 161,814.28 | 161,814.28 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    111,738.14

Ver: 18.04

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*